IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRANDON HAMILTON | : | CIVIL ACTION |
| | : | |
| v. | : | No. 23-4791 |
| | : | |
| DREXEL UNIVERSITY, ET AL | : | |

**ORDER**

**AND NOW**, this 11th day of March, 2024, upon consideration of defendant's joint letter dated March 6, 2024, **IT IS HEREBY ORDERED** that this matter is referred to Magistrate Judge Craig M. Straw for a settlement conference.

BY THE COURT:

_/s/ John R, Padova_____
John R. Padova,                    J.