# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRANDON HAMILTON,<br><br>    Plaintiff,<br><br>v.<br><br>DREXEL UNIVERSITY AND CLEAN-TECH SERVICES, INC.,<br><br>    Defendants. | Civil Case No. 23-4791 |

## STIPULATION

It is hereby stipulated and agreed by and between Plaintiff Brandon Hamilton and Defendants Drexel University and Clean-Tech Services, Inc. that Defendant Drexel University is hereby dismissed from this action with prejudice, and Drexel University is hereby removed from the caption of the case.

*s/ Justin Robinette*
Justin Robinette
justin@jrobinettelaw.com
P.O. Box 15190
Philadelphia, PA 19130-9998

*Attorney for Plaintiff*

Dated: April 15, 2024

*s/ Andrea M. Kirshenbaum*
Andrea M. Kirshenbaum
akirshenbaum@littler.com
Tanner McCarron
tmccarron@littler.com

LITTLER MENDELSON, P.C.
Three Parkway
1601 Cherry Street, Suite 1400
Philadelphia, PA 19102.1321
Telephone:   267.402.3000
Facsimile:   267.402.3131

*Attorneys for Defendants*

Dated: April 15, 2024

SO ORDERED:

**PADOVA, J.**

Dated: April \_\_\_, 2024

2